UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CECIL JEROME HATCHETT,

           Petitioner,

v.                                                                Civil No.: 06-1023-TC

JEAN HILL,

           Respondent.

## FINDINGS AND RECOMMENDATION

Petitioner was ordered on November 29, 2007, to file petitioner's brief in support of Habeas Corpus Petition by December 17, 2007.. Petitioner was advised that failure to respond to this court's order may result in the dismissal of this action for failure to prosecute. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: December 21, 2007.

_____
United States Magistrate Judge

FINDINGS AND RECOMMENDATION