IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CECIL JEROME HATCHETT,          )
                                )
            Petitioner,         )
                                )   Civil No. 06-1023-TC
    v.                          )
                                )   ORDER
JEAN HILL,                      )
                                )
            Respondent.         )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on December 21, 2007. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This action is dismissed for failure to prosecute and for failure to comply with a court order.

IT IS SO ORDERED.

DATED this ___10th___ day of ___Jan.___, 2008.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER